# United States District Court

EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

MISSISSIPPI LIME COMPANY

    Plaintiff(s),

V.       CASE NUMBER:    4:03CV00170HEA

MOLLERS NORTH AMERICA, INC., and
MASCHINENFABRIK MOELLERS GMBH KCO KG

    Defendant(s).

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that on the claim of Plaintiff Mississippi Lime Company for damages for breach of contract against Defendant Mollers North America, Inc., judgment is entered on behalf of Plaintiff Mississippi Lime Company and against Defendant Mollers North America, Inc.

**IT IS FURTHER ORDERED AND ADJUDGED** that on the claim of Plaintiff Mississippi Lime Company for damages for breach of contract against Defendant Mashinenfabrik Moellers GMBH KCO KG, judgment is entered on behalf of Plaintiff Mississippi Lime Company and against Defendant Mashinenfabrik Moellers GMBH KCO KG.

**IT IS FURTHER ORDERED AND ADJUDGED** that on the claim of Plaintiff Mississippi Lime Company for damages for negligent misrepresentation against Defendant Mollers North America, Inc, judgment is entered on behalf of Defendant Mollers North America, Inc. and against plaintiff Mississippi Lime Company.

**IT IS FURTHER ORDERED AND ADJUDGED** that on the claim of Plaintiff Mississippi Lime Company for

damages for negligent misrepresentation against Defendant Mashinenfabrik Moellers GMBH KCO KG, judgment is entered on behalf of Defendant Mashinenfabrik Moellers GMBH KCO KG and against Plaintiff Mississippi Lime Company.

**IT IS FURTHER ORDERED AND ADJUDGED** that damages are assess on behalf of Plaintiff Mississippi Lime Company in the amount of Seven Hundred Sixty-Six Thousand Five Hundred dollars ($766,500,00).

**IT IS FURTHER ORDERED AND ADJUDGED** that on the claim of Counterclaim Plaintiff Mollers North America, Inc. for breach of contract against Counterclaim Defendant Mississippi Lime Company, judgment is entered on behalf of Counterclaim Defendant Mississippi Lime Company.

**IT IS FURTHER ORDERED AND ADJUDGED** that on the claim of Counterclaim Plaintiff Mollers North America for quantum meruit against Counterclaim Defendant Mississippi Lime Company, judgment is entered on behalf of Counterclaim Plaintiff Mollers North America.

**IT IS FURTHER ORDERED AND ADJUDGED** that damages on the claim for quantum meruit are awarded to Counterclaim Plaintiff Mollers North America in the amount of Fifty Thousand One Hundred Forty dollars ($50,140.00).

|  |  |
|---|---|
|  | James G. Woodward<br>CLERK |
| May 5, 2005<br>DATE |  |
|  | By:  /s/ C. Lippold<br>DEPUTY CLERK |