UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSISSIPPI LIME COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:03CV0170 HEA |
| ) | |
| MOLLERS NORTH AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |

**AMENDED MEMORANDUM AND ORDER**

This matter is before the Court on the Court's own motion. The record reflects that a miscalculation was made with regard to Plaintiff's total amount of allowable expenses.

In its Order dated September 7, 2005, the Court allowed costs to be taxed against Defendants in the amount of $24, 238.44. The Court, however, denied costs associated with "RealTime" transcription services ($630.50), and that amount was not taken into account in determining the total allowable costs available to Plaintiff. Therefore, Plaintiff's are entitled to $23,607.94 as costs pursuant to 28 U.S.C. § 1920 and Rule 54(d) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that this Court's Order dated September 7, 2005 is amended; costs shall be taxed against Defendant in the amount of TWENTY-THREE

THOUSAND SIX HUNDRED SEVEN DOLLARS AND NINETY-FOUR CENTS, ($23,607.94).

Dated this 8th day September, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE